IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. MICHELLE DRY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 14-CV-322-FHS |
| | ) | |
| 1. FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Michelle Dry and Defendant, Farmers Insurance Company, Inc. and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter. Further, Plaintiff, Michelle Dry and her attorney, Chad Locke and Defendant, Farmers Insurance Company, Inc. and its attorneys stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff, Michelle Dry and Defendant, Farmers Insurance Company, Inc. respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 9th day of April, 2015.

Respectfully Submitted,

BY: _____
Chad Locke, OBA No. 21268
Locke Law Office
P.O. Box 1468
Muskogee, OK 74402
*Attorney for Plaintiff, Michelle Dry*


BY: _____
Greg D. Givens, OBA No. 10310
Stephanie L. Khoury, OBA No. 22661
GIVENS LAW FIRM
136 N.W. 10th Street, Suite 100
Oklahoma City, OK 73103
*Attorneys for Defendant, Farmers Insurance
Company, Inc.*

2